UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JADE B. IREY,<br><br>　　　　　　　Defendant. | CASE NO. CR22-0139JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On October 12, 2022, the court continued Defendant Jade B. Irey's trial date to January 9, 2023. (*See* 10/12/22 Order (Dkt. # 20) at 2 (ordering the parties to file any pretrial motions by December 1, 2022); *see also* Def. Unopposed Mot. to Cont. Trial (Dkt. # 18).) The court SCHEDULES a pretrial conference for December 14, 2022 at 10:00 a.m. The court ORDERS that the parties shall file and serve any motions in limine, proposed voir dire, and proposed jury instructions no later than close of business on

MINUTE ORDER - 1

December 9, 2022. The court further ORDERS that the Government shall file and serve its trial brief no later than December 12, 2022, and Mr. Irey shall file and serve his trial brief no later than December 16, 2022. For all other trial documents, the parties shall follow the deadlines set forth in Appendix A to the Local Criminal Rules. *See* Local Criminal Rules W.D. Wash. Appendix A.

Filed and entered this 17th day of October, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2